**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN R. MILEY, | : |
| | : Civil Action No. 05-5518 (DMC) |
| Petitioner, | : |
| v. | : **O R D E R** |
| STATE OF NEW JERSEY, et al., | : |
| Respondents. | : |

For the reasons set forth in the Court's Opinion filed herewith,

It is on this  29  day of   December   2005,

ORDERED that the application for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for non-exhaustion of state court remedies; and it is further

ORDERED that no certificate of appealability will issue.

 S/ Dennis M. Cavanaugh
DENNIS M. CAVANAUGH
United State District Judge